**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Greenbelt Division)

| | |
|---|---|
| In re: | : |
| | : |
| RENIECE PERRY and | : Case No. 12-2-8755-LSS |
| LAWRENCE M. PERRY | : Chapter 13 |
| Debtor(s). | : |
| | : |

## NOTICE OF DEPOSIT INTO COURT REGISTRY

Timothy P. Branigan, Chapter 13 trustee in the above-captioned case, pursuant to section 347(a) of the Bankruptcy Code, submits the sum of $6,240.00 to the Court registry representing the following unclaimed funds:

| AMOUNT | PAYEE<br>Account No.<br>Court Claim Number | LAST KNOWN ADDRESS |
|---|---|---|
| $6,240.00 | Reniece & Lawrence Perry<br>2312/0169<br>N/A | 920 Palmer Road, #14<br>Fort Washington, MD  20744 |

Respectfully submitted,

February 15, 2017

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
14502 Greenview Drive, #506
Laurel, Maryland  20708